AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America  )
v.  )
  )  Case No.
DEREK M. ALLDRED  )
  )  4:17MJ211
  )
  )

*Defendant(s)*

**FILED**

JUN 8 2017

Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___05/23/2017 - 06/01/2017___ in the county of ___Denton___ in the
___Eastern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a Firearm by Previously Convicted Felon |
| 18 U.S.C. § 1029(a)(2) | Access Device Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 704 | Military Medals or Decorations |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Michael Elkheir, US NCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___06/08/2017___  9:00am

_____
*Judge's signature*

City and state: ___Sherman, Texas___

Christine A. Nowak, U.S. Magistrate Judge
*Printed name and title*